United States Bankruptcy Court
Middle District of Florida

In re:  
Clarence Eugene Hughes  
Barbara Singleton Hughes  
    Debtors

Case No. 11-01378-PMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113A-3    User: Eisenm    Page 1 of 2    Date Rcvd: Jul 05, 2012  
                       Form ID: 3603     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2012.  
db/jdb       +Clarence Eugene Hughes,   Barbara Singleton Hughes,   4325 Florence Street,   Hastings, FL 32145-4804

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 07, 2012**                         **Signature:** _/s/ Joseph Speetjens_

```
District/off: 113A-3           User: Eisenm                Page 2 of 2                   Date Rcvd: Jul 05, 2012
                               Form ID: 3603               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2012 at the address(es) listed below:
        David J. Pinkston    on behalf of Debtor Clarence Hughes davidpinkston@pinkstonandpinkston.com, aaronloud@live.com
        Douglas W. Neway    court@ch13jaxfl.com, courtdailysummary@ch13jaxfl.com;courtdailybackup@ch13jaxfl.com;mbrown@ch13jaxfl.com
                                                                                                                    TOTAL: 2

[3603] [O/ Approving Chapter 13 Trustee's Report & Discharging Trustee]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:    Case No. 3:11−bk−01378−PMG
          Chapter 13

Clarence Eugene Hughes

Barbara Singleton Hughes

_____Debtor(s)_____/

### ORDER APPROVING CHAPTER 13 TRUSTEE'S REPORT AND DISCHARGING TRUSTEE, CANCELING BOND AND CLOSING ESTATE

This case having been dismissed, it is hereby

ORDERED:

1. The report of the Trustee is approved and allowed and the estate is closed.

2. The Trustee is discharged and relieved of his trust; and the portion of the Master Bond of the Trustee in this estate is cancelled and the Trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated July 5, 2012 .

_____
Paul M. Glenn
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee